CRAIG THOR KIMMEL+−^
ROBERT M. SILVERMAN+*-

+ *Member, PA Bar*
* *Member, NJ Bar*
x *Member, DE Bar*
- *Member, NY Bar*
^ *Member, MA Bar*
# *Member, MD Bar*
♠ *Member, OH Bar*
§ *Member, MI Bar*
□ *Member, NH Bar*
± *Member, CT Bar*
« *Member, TN Bar*
µ *Member, WY Bar*
¥ *Member, DC Bar*
ε *Member, CA Bar*
° *Member, WI Bar*
» *Member, TX Bar*
£ *Member, WV Bar*
¹ *Member, CO Bar*
ⁿ *Member, FL Bar*
∩ *Member, IL Bar*

AMY L. BENNECOFF GINSBURG+*«#µ¢
W. CHRISTOPHER COMPONOVO x#
CHAD P. DOMAN+
RYAN FITZGERALD+
JASON L. GRESHES +*-
MATTHEW GROSS+*
SHANNON R. HARKINS+
JACQUELINE C. HERRITT+*#- °^♠
RACHEL M. MALL+*
TARA L. PATTERSON+
ROBERT A. RAPKIN+
ANGELA K. TROCCOLI^□±



# KIMMEL & SILVERMAN
P.C.

www.CREDITLAW.com
(800)-NOT-FAIR

**CORPORATE HEADQUARTERS**
30 E. Butler Pike, Ambler, PA 19002
Toll Free (800)-668-3247
Fax (877) 788-2864

**DELAWARE**, 501 Silverside Road, Suite 118, Wilmington, DE 19809, (302) 791-9373
**NEW ENGLAND**, 136 Main Street, Suite 301, Danielson, CT 06239, (860) 866-4380
**NEW JERSEY**, Executive Quarters, 1930 E. Marlton Pike, Suite Q29, Cherry Hill, NJ 08003, (856) 429-8334
**NEW YORK**, 1001 Avenue of the Americas, 12th Floor, New York, NY 10018, (212) 719-7543
**W. NEW YORK**, 1207 Delaware Avenue, Suite 440, Buffalo, NY 14209, (716) 332-6112
**W. PENNSYLVANIA,** 100 Ross Street, Suite 330, Pittsburgh, PA 15219, (412) 566-1001
Please reply to CORPORATE HEADQUARTERS

September 30, 2015

<u>Via ECF</u>
Honorable Pamela K. Chen, U.S.D.J.
United States District Court
For the Eastern District of New York
222 Cadman Plaza East
Brooklyn, New York 11201

**RE: Velez v. Credit One Bank; 1:15-cv-04752-PKC-CLP**

Dear Judge Chen:

On September 9, 2015, Defendant filed a Motion to Compel Arbitration and Stay. The parties now jointly write pursuant to Your Honor's Individual Practices and Rules, to propose a briefing schedule for Defendant's Motion.

- Plaintiff's opposition papers will be filed no later than September 30, 2015.

- Defendant's reply papers will be filed no later than October 7, 2015.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Craig Thor Kimmel

cc: Aaron Easley, Esq.

*"When Debt Collectors called you, they never expected you to call us"*
© Copyright 2009-2015 All Rights Reserved, Kimmel & Silverman, P.C.