**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
**SANDRA VELEZ,**

        **Plaintiff,**

   -against-

**CREDIT ONE BANK,**

        **Defendant.**
-------------------------------------------------------X

**CASE NO.: 1:15-cv-04752**

## JOINT STATUS REPORT

Pursuant to the Court's December 6, 2016 Order, plaintiff, Sandra Velez, and defendant, Credit One Bank, N.A., provide the following status update as to the arbitration proceeding in this matter:

The parties were able to reach a resolution of this matter and are currently working to consummate the settlement. The parties anticipate the settlement will be consummated within 60 days.

Respectfully submitted,

| | |
|---|---|
| */s/ Craig Thor Kimmel* | */s/ Aaron Easley* |
| CRAIG THOR KIMMEL | Aaron Easley |
| Kimmel & Silverman, P.C. | SESSIONS, FISHMAN, NATHAN & |
| 30 East Butler Pike | ISRAEL, L.L.C. |
| Ambler, PA 19002 | 3 Cross Creek Drive |
| Phone: 215.540.8888 | Flemington, NJ 08822 |
| Email: kimmel@creditlaw.com | Phone: (908) 237-1660 |
| *Attorneys for Plaintiff,* | Email: aeasley@sessions-law.biz |
| *Sandra Velez* | *Attorneys for Defendant* |
| | *Credit One Bank, N.A.* |

## CERTIFICATE OF SERVICE

      I certify that on April 3, 2017, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      By: */s/ Craig Thor Kimmel*
      Craig Thor Kimmel