# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANDRA VELEZ, | ) |
|         **Plaintiff,** | ) |
| v. | ) Case No.: 1:15-cv-04752-PKC-CLP |
| CREDIT ONE BANK, | ) |
|         **Defendant.** | ) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| | |
|---|---|
| */s/ Aaron R Easley* | */s/ Craig Thor Kimmel* |
| Aaron R Easley, Esq. | Craig Thor Kimmel |
| Sessions Fishman Nathan & Israel LLC | Kimmel & Silverman, P.C. |
| 3 Cross Creek Drive | 1207 Delaware Avenue, Suite 440 |
| Flemington, NJ 08822 | Buffalo, NY 14209 |
| 908-237-1660 | Phone: 716-332-6112 |
| Fax: 908-237-1663 | Fax: 800-863-1689 |
| Email: aeasley@sessions.legal | Email: teamkimmel@creditlaw.com |
| Attorney for the Defendant | Attorney for Plaintiff |
| | |
| Date: May 22, 2017 | Date: May 22, 2017 |

BY THE COURT:

_____

                        J.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 22nd day of May, 2017:

Aaron R Easley, Esq.
Sessions Fishman Nathan & Israel LLC
3 Cross Creek Drive
Flemington, NJ 08822
908-237-1660
Fax: 908-237-1663
Email: aeasley@sessions.legal

                                                   */s/ Craig Thor Kimmel*
                                                   Craig Thor Kimmel
                                                   Kimmel & Silverman, P.C.
                                                   1207 Delaware Avenue, Suite 440
                                                   Buffalo, NY 14209
                                                   Phone: 716-332-6112
                                                   Fax: 800-863-1689
                                                   Email: teamkimmel@creditlaw.com
                                                   Attorney for the Plaintiff